## 29188. McBRIDE v. HOPPER.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED NOVEMBER 18, 1974.

Marion McBride, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.